# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

LEANDRA RAE MUHONEN,

                    Plaintiff,

v.

COMMUNICATIONS WORKERS OF
AMERICA LOCAL 7200 AFL-CIO
CLC,
                    Defendant.

Civil No. 09-1042 (JRT/JJG)

**ORDER FOR DISMISSAL**

---

Jeffer Ali and Todd Werner, **CARLSON CASPERS VANDERBURGH & LINDQUIST**, 225 South Sixth Street, Suite 3200, Minneapolis, MN 55402, for plaintiff.

Gregg Corwin and Margaret Luger-Nikolai, **GREGG M CORWIN & ASSOCIATES LAW OFFICE, PC**, 1660 South Highway 100, Suite 508E, St. Louis Park, MN 55416, for defendant.

Based upon the stipulation filed September 23, 2009 [Docket No. 15], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.

DATED: October 13, 2009
at Minneapolis, Minnesota.

                                      s/John R. Tunheim
                                   JOHN R. TUNHEIM
                        United States District Judge